No. 141.—MONTALVO, PETICIONARIO, *v.* SOTO NUSSA, JUEZ DE DISTRITO.—Solicitud para que se expida auto de *mandamus* al juez de la Corte de Distrito de Aguadilla en un caso sobre rescisión de contrato e indemnización de perjuicios. Resuelto en marzo 26, 1914. Denegada la expedición del auto de *mandamus*. Abogado del peticionario: *Sr. Víctor P. Martínez.* El demandado no compareció.

Presentada moción de reconsideración fué ésta denegada sin opinión en abril 28, 1914.

No. 1126. ORTIZ, DEMANDANTE Y APELADO, *v.* SEWALL ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Humacao en un caso de desahucio. Moción del apelado para que se desestime la apelación. Resuelto en marzo 30, 1914. Desestimada la apelación por no haber constituído la parte apelante la fianza que exige la sección 12 de la ley de desahucio de marzo 9, 1905. Abogados del apelado: *Sres. Juan Guzmán Benítez y Manuel Tous Soto.* Abogados de los apelantes: *Sres. Muñoz & Brown y Pedro Amado Rivera.*

No. 1127. DOMINGUEZ, DEMANDANTE Y APELADO, *v.* PORTO RICO RAILWAY, LIGHT & POWER COMPANY, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de Humacao en un caso de daños y perjuicios. Moción de la parte apelante desistiendo de la apelación de acuerdo con la parte apelada. Resuelto en marzo 31, 1914. Se tiene por desistida a la parte apelante. Abogados del apelado: *Sres. Francisco González, Carlos Travecier y Juan B. Huyke.* Abogado de la apelante: *Sr. J. Henri Brown.*